

FILED

JUL 0 1 2013

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YOUNG YIL JO, | CV 13-124-M-DWM-JCL |
| Plaintiff, | |
| vs. | ORDER |
| SIX UNKNOWN NAMES AGENTS and BARACK OBAMA, | |
| Defendants. | |

Before the Court are the Findings and Recommendation of United States Magistrate Judge Jeremiah C. Lynch. (Doc. 2.) As explained by Judge Lynch, Plaintiff Young Yil Jo has exceeded the three strikes allowed by the Prison Litigation Reform Act as to a prisoner seeking to proceed *in forma pauperis* in a federal civil lawsuit. Accordingly, his case cannot proceed unless he demonstrates "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). His complaint, even when construed liberally in Young Yil Jo's favor, does not support such a finding.

Although Young Yil Jo does not appear to have any connection to Montana, this is his eighth lawsuit filed in this district. *See* Civil Case Nos. 12-CV-117-BLG-RFC; 12-CV-161-BLG-RFC; 13-CV-07-M-DLC;

13–CV–18–M–DLC; 13–CV–46–M–DWM; 13–CV–97–M–DWM; and 13–CV–109–M–DWM–JCL. These lawsuits are among several hundred civil actions Young Yil Jo has filed which have been dismissed as frivolous, malicious, or for failure to state a claim. Because of his abuse of the judicial system, Young Yil Jo is not entitled to time in which to pay the filing fee.

Therefore, IT IS ORDERED that Judge Lynch's findings and recommendations (doc. 2) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff shall not be allowed to proceed *in forma pauperis*. The Clerk of Court is directed to close the case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 1st day of July, 2013.

Donald W. Molloy, District Judge
United States District Court